UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WING KAM YU,
*on behalf of himself and all others similarly situated*,
        Plaintiff,

    V.

NETWORK ENGINES, ET AL,
        Defendants.

CIVIL ACTION

NO. 04-10238-DPW

## ORDER FOR RE-ASSIGNMENT TO JUDGE JOSEPH L. TAURO

WOODLOCK, District Judge

    The above captioned matter was assigned to Judge Woodlock on a random draw. However, a review of the docket and pleadings in connection with this case indicates that this case is related to prior cases pending before Judge Joseph L. Tauro[1]. Additionally, counsel for the Plaintiff in this action has advised the Court that she was unaware of the prior cases at the time the Complaint was filed, and that having learned of the prior actions, agrees that this action should be re-assigned.

    Accordingly, it is hereby ORDERED that the above-entitled action be, and hereby is, RE-ASSIGNED to Judge Joseph L. Tauro for further proceedings. Unless otherwise ordered, any further filings shall be directed to Judge Tauro's session.

BY THE COURT,

/s/ Rebecca Greenberg
Deputy Clerk

DATED: February 10, 2004

---

[1] The cases are: Civil Action Nos. 03-12529-JLT; 04-10022-JLT and 04-10096-JLT.