AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

WING KAM YU, on Behalf of Himself and All Others Similarly Situated,

V.

NETWORK ENGINES INC., JOHN CURTIS and DOUGLAS G. BRYANT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10238 DPW

TO: (Name and address of Defendant)

NETWORK ENGINES INC.
25 Dan Road
Canton, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA 02109-4216
617-369-7979

Steven G. Schulman
Andrei V. Rado
MILBERG WEISS BERSHAD HYNES & LERACH LLP
One Pennsylvania Plaza
New York, NY 10119-0165
212-594-5300

Charles Piven
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trade Center – Baltimore, Suite 2525
401 East Pratt Street
Baltimore, MD 21202
410-332-0030

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   FEB 3 - 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE FEBRUARY 6, 2004 |
| NAME OF SERVER (PRINT) SEAN CALLIS | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING IN HAND TO MS. CAROL WALSH, PERSON IN CHARGE OF ACCEPTING PROCESS FOR THE WITHIN NAMED DEFENDANT NETWORK ENGINES, INC. SAID SERVICE WAS MADE AT 25 DAN ROAD, CANTON, MASS.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $10.00 | SERVICES $45.00 | TOTAL $55.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  FEBRUARY 6, 2004      *Sean Callis*
                Date                              Signature of Server

                                    707 E. 6th ST., SOUTH BOSTON, MASS.
                                    Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.