AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

WING KAM YU, on Behalf of Himself and All
Others Similarly Situated,

V.

NETWORK ENGINES INC., JOHN CURTIS and
DOUGLAS G. BRYANT

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10238 DPW

TO: (Name and address of Defendant)

Douglas G. Bryant
NETWORK ENGINES INC.
25 Dan Road
Canton, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans<br>MOULTON & GANS, P.C.<br>33 Broad St., Suite 1100<br>Boston, MA 02109-4216<br>617-369-7979 | Steven G. Schulman<br>Andrei V. Rado<br>MILBERG WEISS BERSHAD HYNES &<br>  LERACH LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>212-594-5300 | Charles Piven<br>LAW OFFICES OF CHARLES J.<br>  PIVEN, P.A.<br>The World Trade Center -<br>  Baltimore, Suite 2525<br>401 East Pratt Street<br>Baltimore, MD 21202<br>410-332-0030 |

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  FEB 3 2004

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  FEBRUARY 6, 2004 | |
| NAME OF SERVER (PRINT)  SEAN CALLIS | TITLE  CONSTABLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XXX Other (specify): BY GIVING IN HAND TO MS. CAROL WALSH, PERSON IN CHARGE OF ACCEPTING PROCESS FOR THE WITHIN NAMED DEFENDANT DOUGLAS G. BRYANT. SAID SERVICE WAS MADE AT NETWORK ENGINES, INC., 25 DAN ROAD, CANTON, MASS.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $10.00 | SERVICES  $45.00 | TOTAL  $55.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  FEBRUARY 6, 2004   *Sean Callis*
             Date                 Signature of Server

             707 E. 6th ST., SOUTH BOSTON, MASS.
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.