UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WING KAM YU, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK ENGINES, INC., JOHN CURTIS and DOUGLAS G. BRYANT<br><br>Defendants. | CIVIL ACTION NO. 04-10238 JLT |

## SCHEDULING STIPULATION

WHEREAS, on February 3, 2004, plaintiff Wing Kam Yu filed *Wing Kam Yu, On Behalf of Himself and All Others Similarly Situated v. Network Engines, Inc., John Curtis and Douglas G. Bryant,* Civil Action No. 04-10238 (the "*Yu* Complaint"), a putative class action complaint alleging securities fraud; and

WHEREAS, plaintiffs will file a motion to consolidate the *Yu* Complaint with all other existing similar actions and later-filed similar actions, and pursuant to the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), the Court will appoint a lead plaintiff and approve the retention of lead plaintiff's counsel;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Defendants need not respond to the *Yu* Complaint, but shall answer, move, or otherwise respond to an Amended Consolidated Complaint no later than 60 days after the later of: (a) the Court's selection of a lead plaintiff pursuant to § 21D(a)(3) of the Securities Exchange

Act of 1934 (15 U.S.C. §§ 78a, et seq.), or (b) the date on which an Amended Consolidated Complaint, if any, is served upon Defendants by the lead plaintiff.

2. In the event that any deadline herein falls on a weekend or holiday, that deadline shall be extended to following business day.

3. After appointment of a lead plaintiff pursuant to the Reform Act, service on lead counsel and local counsel for such plaintiff shall satisfy Defendants' service obligations.

Dated: March 4, 2004

By the Plaintiff's attorneys,

/s/ Nancy Gans (Signed by John A. Litwinski upon the request of Ms. Gans)

Nancy Freeman Gans (BBO# 184540)
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109-4216

Steven G. Schulman
Andrei F. Rado
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Charles Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center Baltimore, Suite 2525
401 East Pratt Street
Baltimore, MD 21202

By the Defendants' attorneys,

Jeffrey B. Rudman (BBO# 433380)
Daniel W. Halston (BBO# 548692)
John A. Litwinski (BBO# 650603)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

# HALE AND DORR LLP
COUNSELORS AT LAW

haledorr.com
60 STATE STREET • BOSTON, MA 02109
617-526-6000 • FAX 617-526-5000

JOHN A. LITWINSKI

617-526-6690
john.litwinski@haledorr.com

March 5, 2004

**BY HAND DELIVERY**

Clerk of the Court - Civil
United State District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    *Wing Kam Yu, On Behalf of Himself and All Others Similarly Situated v. Network Engines, Inc., John Curtis and Douglas G. Bryant*, Civil Action No. 04-10238

Dear Clerk:

    Enclosed for filing in the above-captioned matter action please find a Scheduling Stipulation signed by the parties. I have enclosed an original and a courtesy copy of the Scheduling Stipulation. I have also enclosed a duplicate copy of the Scheduling Stipulation, which should be date stamped and returned to the messenger, who will wait to receive it.

    Thank you for your assistance in this matter.

Best regards,

John A. Litwinski

BOSTON   LONDON   MUNICH   NEW YORK   OXFORD   PRINCETON   RESTON   WALTHAM   WASHINGTON

*Hale and Dorr LLP is a Massachusetts limited liability partnership. Our London and Oxford offices are operated under a Delaware limited liability partnership.*
BOSTON 1866040v1